## FIRST DISTRICT.

**William M. Holmes, appellee, v. Leo Ginter, appellant. Gen. No. 26,883.**

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed January 17, 1922.

Newell Mecartney, for appellant. Louis P. Miller, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**William H. Bush, appellee, v. Samuel L. Hausman, appellant. Gen. No. 26,908.**

Action of forcible detainer. Judgment for plaintiff on a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed January 17, 1922.

Willis Melville, for appellant. Mather & Hutson, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**City of Chicago, appellee, v. Winfield Schendorf, appellant. Gen. No. 26,917.**

Prosecution for operation of a motor vehicle while intoxicated in violation of an ordinance. Trial without jury. Defendant convicted. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed. Opinion filed January 17, 1922.

Henry M. Hagan, for appellant. Louis P. Piquett and Daniel Webster, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**McKeown Brothers, appellant, v. Hans Blase et al., appellees. Gen. No. 26,852.**

Suit to foreclose a mechanic's lien as recommended by the master in chancery. Bill dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed January 17, 1922. Rehearing denied January 30, 1922.

John A. McKeown, for appellant. Gustave Nelson and James A. Donnelly, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

**Caleb Enix, appellee, v. Denver Publishing Company, appellant. Gen. No. 26,871.**

Action upon an agreement to employ plaintiff. Verdict for plaintiff and judgment thereon after remittitur. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed January 17, 1922.

Landon & Holt, for appellant; John B. Fruchtl, of counsel. Callahan & Callahan and Charles P. R. Macaulay, for appellee.

Mr. Justice Barnes delivered the opinion of the court.